UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DARION CHAMBERS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:06-CV-0407-G |
| DAN JOSLIN, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and the petitioner's objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are in all material respects correct and they are accepted as the findings and conclusions of the court with the following alterations.

In all instances in which the magistrate judge's findings, conclusions and recommendations refers to the date "June 13, 2001," it should read "June 13, 1991." Similarly, in all instances in which the magistrate judges's findings, conclusions and

recommendations list the date "January 30, 2002," it should read "January 30, 1992." These factual corrections are not material to the conclusions of the magistrate judge.

For the reasons stated in the findings, conclusions, and recommendation, the court **GRANTS** respondent's motion to dismiss the instant petition for habeas corpus. By separate judgment, the court will formally dismiss petitioner's federal petition for writ of habeas corpus consistent with the findings, conclusions, and recommendation as amended and entered in this case.

**SO ORDERED**.

March 7, 2007.

A. JOE FISH
CHIEF JUDGE